27568. JENKINS *v.* THE STATE.

GUERRY, J. No error of law is complained of, and the verdict is amply supported by the evidence.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED MAY 26, 1939.

*B. D. Dubberly,* for plaintiff in error.
*Ralph L. Dawson, solicitor-general,* contra.